UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGE L. ROSAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-06-00073 |
| | § | |
| NUECES COUNTY, *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS

On April 24, 2006, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that plaintiff's action be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(b); and further recommended that, should the Court adopt the recommendation, that the Clerk be directed to send a copy of the dismissal order to the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, Attention: Betty Parker.  On May 12, 2006, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED plaintiff's action is dismissed for failure to state a claim

2 / 2

pursuant to 28 U.S.C. § 1915(e)(2)(b).  The Clerk is directed to send a copy of this order to the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, Attention: Betty Parker.

    The clerk shall enter this order and provide a copy to all parties.

    SIGNED this 25th day of May, 2006.

_____
Janis Graham Jack
United States District Judge